Alexander H. Schmidt (*Pro Hac Vice*)
alex@alexschmidt.law
ALEXANDER H. SCHMIDT, ESQ.
5 Professional Circle, Ste. 204
Colts Neck, NJ 07722
Tel.: (732) 226-0004
Fax: (732) 845-9078

Alex Asil Mashiri (SBN 283798)
alexmashiri@yahoo.com
MASHIRI LAW FIRM
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Tel.: (858) 348-4938
Fax: (858) 348-4939

D. Anthony Mastando*
tony@mastandoartrip.com
Eric J. Artrip*
artrip@mastandoartrip.com
MASTANDO & ARTRIP, LLC
301 Washington St., Suite 302
Huntsville, AL 35801
Tel.: (256) 532-2222

*Counsel for Plaintiffs and the Proposed Class*

*\*Pro Hac Vice application to be submitted*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEST CARPET VALUES, INC. and THOMAS D. RUTLEDGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No: 5:20-cv-04700-EJD<br><br>**CERTIFICATION PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as to Plaintiffs BEST CARPET VALUES, INC. and THOMAS D. RUTLEDGE, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Legalist Fund II, L.P.

Dated:  November 3, 2020

Respectfully submitted,

ALEXANDER H. SCHMIDT, ESQ.

By: _____
Alexander H. Schmidt (*Pro Hac Vice*)
5 Professional Circle, Suite 204
Colts Neck, New Jersey 07722
Telephone: (732) 226-0004

*Counsel for Plaintiffs and the Proposed Class*