**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BEST CARPET VALUES, INC.; THOMAS D. RUTLEDGE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs-Respondents,<br><br> v.<br><br>GOOGLE LLC,<br><br>        Defendant-Petitioner. | No. 22-80042<br><br>D.C. No. 5:20-cv-04700-EJD<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: OWENS and BUMATAY, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

LCC/MOATT