UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST CARPET VALUES, INC., et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 5:20-cv-04700-EJD<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 62 |

On May 1, 2024, in accordance with the Ninth Circuit's order, ECF No. 57, the Court dismissed all claims in this matter with prejudice. ECF No. 62. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 7, 2024

_____
EDWARD J. DAVILA
United States District Judge